# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KENNETH A. DEMIEN,<br><br>       Plaintiff,<br><br>v.<br><br>SPRINT/UNITED MANAGEMENT COMPANY,<br><br>       Defendant. | Case No. 17-CV-1082-JPS<br><br><br>**ORDER** |

On May 8, 2018, the parties filed a joint stipulation of dismissal of this action with prejudice, with each party to bear its own costs and attorney's fees. (Docket #13). The Court will adopt the parties' stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #13) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own costs and attorney's fees.

Dated at Milwaukee, Wisconsin, this 8th day of May, 2018.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge